SADIE ABEND and HENRY ABEND, plaintiffs-respondents,

*v.*

ROYAL LAUNDRY SERVICE, INCORPORATED, a corporation of New Jersey, defendant-appellant.

[Submitted February term, 1937. Decided April 30th, 1937.]

*Mr. William A. Consodine* (*Mr. Andrew R. Crummy,* of counsel), for the appellant.

*Messrs. Frazer, Stoffer & Jacobs,* for the respondents.

PER CURIAM.

We have carefully examined the proofs and are satisfied that they fully support the result reached below.

Decree is affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.   14.

*For modification*—DONGES, J.   1.